# Court of Appeals
# of the State of Georgia

ATLANTA,   January 21, 2015

*The Court of Appeals hereby passes the following order:*

## A14A2189. SMITH v. THE STATE.

Roy M. Smith filed this appeal pro se and the case was docketed in this Court on August 4, 2014, making Smith's enumerations of error and his brief due on August 25, 2014. See Court of Appeals Rules 22; 23 (a). Although Smith filed a request for oral argument in which he set forth his enumerations of error, Smith failed to file a brief, and the State moved to dismiss his appeal. Because Smith is acting pro se, this Court issued an order on September 5, 2014, in which we explained that in addition to enumerations of error, Smith was also required to file an appellate brief. The Court therefore ordered Smith to file his brief with thirty (30) days, or no later than October 5, 2014. Smith thereafter filed a document captioned "Brief In Support of Request" in which he sets forth seven enumerations of error. The document does not, however, conform with the requirements of Court of Appeals Rule 25 (a). Specifically, the brief does not contain a statement of the proceedings below, an applicable standard of review, or any reasoned argument or citation to legal authority supporting any of the seven enumerated errors.

Citing Smith's failure to file a brief that complies with Rule 25 (a), and noting that the document filed by Smith contains no arguments to which it can respond, the State has now renewed its motion to dismiss Smith's appeal for failure to file a brief. Having been read and considered, that motion is hereby GRANTED. This appeal is DISMISSED based on the appellant's failure to file a brief that meets the requirements of Court of Appeals Rule 25 (a). See *Wolf v. Middleton*, 305 Ga. App. 784, 790 (3) (700 SE2d 598) (2010) (dismissal of appeal appropriate where appellant fails to file a brief containing legal analysis and citations to legal authority); *McBride*

*v. Knight*, 205 Ga. App. 549, 550 (1) (422 SE2d 675) (1992) (dismissal of appeal warranted where appellant fails to comply with an order of this Court requiring him to file a brief by a certain date).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*     01/21/2015
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                            *, Clerk.*